IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEBORAH CARDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 05-1572-AS |
| v. ) | |
| ) | O R D E R |
| COMMISSIONER SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Tim D. Wilborn
    2020-C SW 8th Avenue
    PMB #294
    West Linn, Oregon  97068

        Attorney for Plaintiff

    Karin J. Immergut
    Neil J. Evans
    United States Attorney's Office
    1000 S.W. Third Avenue, Suite 600
    Portland, Oregon  97204-2902

Page 1 - ORDER

      Johanna Vanderlee
      Michael McGaughran
      Social Security Administration
      Office of the General Counsel
      701 Fifth Avenue, Suite 2900
      MS/901
      Seattle, Washington  98104

           Attorneys for Defendant

KING, Judge:

      The Honorable Donald Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on January 3, 2007.  Plaintiff filed timely objections to the Findings and Recommendation.  When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

      This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Ashmanskas.  This court ADOPTS the Findings and Recommendation of Magistrate Judge Ashmanskas dated January 3, 2007 in its entirety.

      IT IS HEREBY ORDERED that the decision of the Commissioner is AFFIRMED.

      DATED this  7th  day of February, 2007.

                              /s/ Garr M. King
                                 GARR M. KING
                              United States District Judge